UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:09CR678 CDP |
| | ) |
| TONY MARTIN, | ) |
| | ) |
| Defendant. | ) |

# MEMORANDUM AND ORDER

This matter is before the Court on defendant's motion to suppress evidence and statements, which defendant contends are fruits of an unconstitutional stop.

Pursuant to 28 U.S.C. § 636(b), the motions were referred to United States Magistrate Judge Terry I. Adelman. Judge Adelman held an evidentiary hearing and then filed a Report and Recommendation, which recommended that the motion be denied. Defendant filed timely objections.

I have conducted a *de novo* review of all matters relevant to the motions, including reviewing the transcript of the hearing and the cases cited by the parties. After careful consideration, I will adopt and sustain the thorough reasoning of Magistrate Judge Adelman set forth in support of his recommended rulings issued on February 23, 2010. In particular, I agree with Judge Adelman that the reliability of the informant was sufficiently shown, and that the statements of the

informant were sufficiently corroborated. I agree that the law enforcement officers had probable cause to arrest defendant, and so the evidence seized from the defendant and the statements made by him after his arrest are admissible in evidence.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge [#33] is **SUSTAINED, ADOPTED, and INCORPORATED** herein.

**IT IS FURTHER ORDERED** that defendant's motion to suppress [#22] is denied.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 30th day of March, 2010.